36

Thursday, March 31, 2011

No. 11–0366/NA. U.S. v. Kenneth R. Ritland. CCA 201000567. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted, and that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 11–0143/AR. U.S. v. Aaron R. Stanley. CCA 20050703. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE'S INSTRUCTIONS ON SELF-DEFENSE WERE INCORRECT AND INCOMPLETE, AND IF SO, WHETHER THE LOWER COURT ERRED IN CONCLUDING THAT THIS CONSTITUTED HARMLESS ERROR.

Briefs will be filed under Rule 25.

No. 11–0231/AR. U.S. v. William J. Kreutzer, Jr. CCA 19961044. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED WHEN HE DENIED APPELLANT'S MOTION SEEKING SENTENCE CREDIT BECAUSE

---

* It is directed that the promulgating order be corrected to reflect the date the sentence was adjudged.

OF THE GOVERNMENT'S MULTIPLE VIOLATIONS OF ARTICLE 13, UCMJ, AND THE RULES FOR COURT–MARTIAL RESULTING IN APPELLANT'S ILLEGAL PRETRIAL CONFINEMENT.

Briefs will be filed under Rule 25.

No. 11–0366/NA. U.S. v. Kenneth R. Ritland. CCA 201000567. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 11–6004/MC. U.S. v. Caleb P. Hohman. CCA 201000563. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals on appeal by United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE NMCCA ERRED IN FINDING GOOD CAUSE FOR THE SEVERANCE OF SGT HOHMAN'S ATTORNEY–CLIENT RELATIONSHIP WITH HIS DETAILED DEFENSE COUNSEL WHERE (1) THE COUNSEL REQUESTED TO STAY ON ACTIVE DUTY TO REPRESENT SGT HOHMAN, (2) THE GOVERNMENT REJECTED THAT REQUEST AND HAS NOT DEMONSTRATED THAT IT DID SO DUE TO TRULY EXTRAORDINARY CIRCUMSTANCES OR MILITARY EXIGENCY, AND (3) THE JUDGE DID NOT DISCUSS THE COUNSEL'S DEPARTURE WITH SGT HOHMAN UNTIL MONTHS AFTER THE SEVERANCE.

It is further ordered that the above-entitled action be called for hearing on the 18th day of May, 2011. This hearing will commence immediately following the hearing in *United States v. Prince*, No. 11–6003/AR.

No. 09–5003/AF. U.S. v. Brandon T. Rose. CCA 36508. Notice is hereby given that a motion for enlargement of time to file a certificate for review of the decision of the United States Air Force Court of Criminal Appeals and supporting brief was filed by Appellant under Rule 30 on this 31st day of March, 2011.

No. 11–8017/AR. In re Staff Sergeant Daniel Gaskins, United States Army, Petitioner v. Colonel John B. Hoffman, Colonel David L. Conn, Colonel Mark L. Johnson, Colonel Theresa A. Gallagher, Colonel Eugene E. Baime, and Lieutenant Colonel Paulette V. Burton, United States Army, Respondents. CCA 20080132. On consideration of Petitioner's motion to stay the proceedings of the sentence hearing